```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 13190
   NANA OWUSU BEMPAH
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-3670

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 10/16/2006 and was confirmed 02/14/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 11/05/2008.
------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS    CURRENT MORTG         .00            .00            .00
COUNTRYWIDE HOME LOANS    MORTGAGE ARRE         .00            .00            .00
COUNTRYWIDE HOME LOANS I  NOTICE ONLY     NOT FILED            .00            .00
COUNTRYWIDE HOME LOANS    NOTICE ONLY     NOT FILED            .00            .00
INTERNAL REVENUE SERVICE  PRIORITY         7630.11             .00            .00
INTERNAL REVENUE SERVICE  UNSECURED        3339.37             .00            .00
INTERNAL REVENUE SERVICE  SECURED         26971.81             .00       17309.77
INTERNAL REVENUE SERVICE  NOTICE ONLY     NOT FILED            .00            .00
CAPITAL ONE               UNSECURED        1580.42             .00            .00
CHICAGO MUNICIPAL EMPLOY  NOTICE ONLY     NOT FILED            .00            .00
DIRECTV INC               UNSECURED       NOT FILED            .00            .00
GINA E SIMS DPM           UNSECURED          63.30             .00            .00
EMERGENCY CARE PHYSICIAN  UNSECURED       NOT FILED            .00            .00
MCI COMMUNICATIONS        UNSECURED       NOT FILED            .00            .00
NATIONAL QUICK CASH       UNSECURED       NOT FILED            .00            .00
PATHOLOGY CONSULTANTS     UNSECURED       NOT FILED            .00            .00
PROVIDIAN BANK            UNSECURED       NOT FILED            .00            .00
PROVIDIAN                 UNSECURED       NOT FILED            .00            .00
SPRINT PCS                UNSECURED       NOT FILED            .00            .00
ST MARY OF NAZARETH HOSP  UNSECURED       NOT FILED            .00            .00
ECMC                      FILED LATE            .00            .00            .00
VERIZON WIRELESS          UNSECURED       NOT FILED            .00            .00
WASHU PARTNERS WESTERN    UNSECURED       NOT FILED            .00            .00
WATERTOWER SURGICENTER    NOTICE ONLY     NOT FILED            .00            .00
PORTFOLIO RECOVERY ASSOC  UNSECURED         483.20             .00            .00
RJM AQUISITIONS FUNDING   UNSECURED          74.44             .00            .00
RESURGENT CAPITAL SERVIC  UNSECURED         479.96             .00            .00
JK HARRIS & CO            NOTICE ONLY     NOT FILED            .00            .00
INTERNAL REVENUE SERVICE  NOTICE ONLY     NOT FILED            .00            .00
NATIONAL CAPITAL MANAGEM  FILED LATE            .00            .00            .00
ZALUTSKY & PINSKI LTD     DEBTOR ATTY      2,499.00                           .00
TOM VAUGHN                TRUSTEE                                         1,257.73

                      PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 13190 NANA OWUSU BEMPAH
```

```
DEBTOR REFUND            REFUND                                              .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  18,567.50

PRIORITY                                             .00
SECURED                                        17,309.77
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                           1,257.73
DEBTOR REFUND                                        .00
                         ---------------      ---------------
TOTALS                   18,567.50             18,567.50
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 02/25/09                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE